IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| LESLIE BROWNE<br><br>On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TERMINIX INTERNATIONAL COMPANY, L.P.,<br><br>Defendant. | Case No. 1:09-cv-689CMH/TRJ<br><br>DECLARATION OF JOAN B. TUCKER FIFE |

I, Joan B. Tucker Fife, declare and state as follows:

1. I am a partner with the law firm of Winston & Strawn LLP, 101 California Street, San Francisco, California 94111, (415) 591-1000.

2. I am admitted to practice law and am in good standing in the following courts: California Supreme Court, United States Supreme Court, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the D.C. Circuit.

3. My State of California bar number is 144572.

4. Attached hereto as Exhibit A is a Certificate of Good Standing from the State Bar of California.

5. I have obtained and am familiar with the Local Rules of this Court, including the Guidelines of Professional Courtesy and Conduct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 28, 2009

_____
Joan B. Tucker Fife

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

September 10, 2009

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOAN BLANCHE TUCKER #144572 was admitted to the practice of law in this state by the Supreme Court of California on December 13, 1989; that at her request, on October 7, 1991, her name was changed to JOAN B. TUCKER FIFE on the records of the State Bar of California; that from the date of admission to January 1, 1992, she was an ACTIVE member of the State Bar of California; that on January 1, 1992, she transferred at her request to the INACTIVE status; that from that date to May 2, 1997, she was an INACTIVE member of the State Bar of California; that on May 2, 1997, she transferred at her request to the ACTIVE status; that from that date to January 13, 1999, she was an ACTIVE member of the State Bar of California; that on January 13, 1999, she transferred at her request to the INACTIVE status as of September 1, 1998; that from that date to March 27, 2003, she was an INACTIVE member of the State Bar; that on March 27, 2003, she transferred at her request to the ACTIVE status; that she has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records